**No. 60052.**—Antonio Pompeo et al. *v.* United States, protests 249986–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of superchargers similar in all material respects to those the subject of *United States* v. *Antonio Pompeo* (43 C. C. P. A. 9, C. A. D. 602), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JUNE 14, 1956

**No. 60053.**—W. Y. Moberly *v.* United States, protests 172032–K, etc. (Great Falls).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 60054.**—F. C. Mackay *v.* United States, protests 239920–K, etc. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef or veal similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.